046504/20908/MHW/SJG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FREDRICK TILLMON,<br><br>        Plaintiff,<br><br>v.<br><br>DIRECTOR STOVALL, TINA DIDDENS, JIM HEREDEEN, DIANA YORK, ROB KLOSA, SEAN STOUFFER, CPL SHANNON, ROZEL ELAZEGUI,<br><br>        Defendants. | Case Number 19-cv-50068<br><br>Hon. Philip G. Reinhard, District Judge<br><br>Magistrate Judge Margaret J. Schneider |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCES OF MATTHEW H. WELLER AND STEPHEN J. GORSKI

Defendants, ROZEL ELAZEGUI, MD and DIANE YORK, RN, by their attorney, Matthew H. Weller and Stephen J. Gorski of CASSIDAY SCHADE LLP, hereby respectfully request leave to withdraw their appearances and legal representation. In support of this motion, the undersigned counsel state as follows:

    1.    The law firm of Cassiday Schade LLP represents Defendants ROZEL ELAZEGUI, MD and DIANE YORK, RN.

    2.    Ronald E. Neroda, formerly with Cassiday Schade LLP, now with the law firm of Hall & Evans, LLC, will continue legal representation of Defendants ROZEL ELAZEGUI, MD and DIANE YORK, RN.

    3.    No parties will be prejudiced by the withdrawal of Matthew H. Weller and Stephen J. Gorski.

WHEREFORE, Defendants, ROZEL ELAZEGUI, MD and DIANE YORK, RN respectfully request that this Court enter an order withdrawing the appearance and legal

representation of attorneys Matthew H. Weller and Stephen J. Gorski and removal from the electronic service list.

        Respectfully submitted,

        ROZEL ELAZEGUI, MD and DIANE YORK, RN

By: /s/ *Matthew H. Weller*
    Matthew H. Weller, ARDC #6278685
    Stephen J. Gorski, ARDC #6306046
    CASSIDAY SCHADE LLP
    222 West Adams Street, Suite 2900
    Chicago, IL 60606
    (312) 641-3100
    (312) 444-1669 – Fax
    mweller@cassiday.com
    sgorski@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record in this case.

/s/ *Matthew H. Weller*

11314444